| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conway, Anne C. | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active United States District | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>Room 6750<br>401 W. Central Blvd<br>Orlando, FL 32801-0675 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Law Center Council, University of Florida College of Law |
| 3. | Executor | Estate #1 |
| 4. | Trustee | Trust #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smokey Partnership, LLLP, Ltd Ptner (f/k/a Robinson Props) | D | Interest | O | U | | | | | |
| 2. ▓▓▓▓▓ rental property, Orlando, FL | D | Rent | M | R | | | | | See part VIII |
| 3. Carlton Fields Profit Sharing Trust: | | | | | | | | | |
| 4. -Harbor Cap Appreciation Fund | A | Dividend | L | T | | | | | |
| 5. -MSIF Mid-Cap Growth/P | C | Dividend | L | T | | | | | |
| 6. - Vanguard Instl Index 500 | C | Dividend | M | T | | | | | |
| 7. Wells Fargo | A | Interest | J | T | | | | | |
| 8. MS active assets acct | A | Interest | L | T | | | | | |
| 9. Smokey Partnership, LLLP, Gen Ptr (f/k/a Robinson Prop, Gen) | A | Interest | K | U | | | | | |
| 10. Oppenheimer Quest Bal Val A mutual fund (1) | A | Dividend | J | T | | | | | |
| 11. Berkshire Hathaway B | | None | K | T | | | | | |
| 12. Wells Fargo - acct | A | Interest | L | T | | | | | |
| 13. SEI Fixed Income Laddered Muni acct (X) | B | Interest | N | T | Buy | 07/25/12 | N | | |
| 14. Fidelity Brokerage acct (X): | | | | | | | | | |
| 15. - Ishares Core Total US Bond Market | C | Dividend | M | T | Buy | 02/06/12 | M | | |
| 16. - US Treas Sec Stripped 2021 | A | Interest | L | T | Buy | 02/21/12 | L | | |
| 17. - US Treas Sec Stripped 2022 | A | Interest | L | T | Buy | 02/21/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conway, Anne C. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - US Treas Sec Stripped 2023 | B | Interest | L | T | Buy | 02/21/12 | L | | |
| 19. - Fidelity US Treas MMA | A | Dividend | L | T | Buy | 01/27/12 | L | | |
| 20. - DFA US Core Equity | | None | L | T | Buy | 12/13/12 | L | | |
| 21. - Harbor Int'l Institutional Fd | A | Dividend | K | T | Buy | 02/06/12 | K | | |
| 22. - Loomis Sayles Bond Fund | D | Dividend | M | T | Buy | 02/06/12 | M | | |
| 23. - Oppenheimer Dev Mkts | A | Dividend | K | T | Buy | 02/06/12 | K | | |
| 24. - Pimco Commodity | A | Dividend | K | T | Buy | 02/27/12 | K | | |
| 25. - Pimco Emerging Local | D | Dividend | M | T | Buy | 02/06/12 | M | | |
| 26. - Vanguard Dividend Growth Investors | A | Dividend | | | Buy | 02/10/12 | L | | |
| 27. | | | | | Sold | 12/12/12 | L | C | |
| 28. - Vanguard Intermed Term | C | Dividend | M | T | Buy | 02/29/12 | M | | |
| 29. - Ally Bk Midvale UT CD | A | Interest | M | T | Buy | 02/27/12 | M | | |
| 30. - Ally Bk Midvale UT CD | A | Interest | L | T | Buy | 02/27/12 | L | | |
| 31. - Bank Baroda NY CD | A | Interest | | | Buy | 09/24/12 | M | | |
| 32. - Bank Baroda NY CD | | | | | Sold | 12/26/12 | M | A | |
| 33. - Beal Bk USA Las Vegas, NV CD | A | Interest | M | T | Buy | 02/24/12 | M | | |
| 34. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | M | T | Buy | 02/27/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | L | T | Buy | 02/27/12 | L | | |
| 36. Estate #1 | D | Int./Div. | M | T | | | | | |
| 37. - Wells Fargo, common stock | | | | | Distributed | 11/02/12 | K | | Transferred to Trust #1 |
| 38. - Hubbel, Inc. Class B common stock | | | | | Distributed | 12/28/12 | M | | Transferred to Trust #1 |
| 39. - VF Corporation common stock | | | | | Distributed | 12/19/12 | M | | Transferred to Trust #1 |
| 40. - Laurel Homes, Inc common stock | | | | | Distributed | 12/31/12 | P1 | | Transferred to Trust #1 |
| 41. - Arbor Properties, Inc common stock | | | | | Distributed | 12/31/12 | N | | Transferred to Trust #1 |
| 42. - Laurel Agency, Inc. common stock | | | | | Distributed | 12/31/12 | J | | Transferred to Trust #1 |
| 43. - Laurel Builders, Inc. common stock | | | | | Distributed | 12/31/12 | O | | Transferred to Trust #1 |
| 44. - Schrimsher Exploration, Ltd - Ltd Partner | | | | | Distributed | 12/31/12 | J | | Transferred to Trust #1 |
| 45. - ▨ rental property Orlando, FL | | | | | Distributed | 06/28/12 | M | | Transferred to Trust #1 |
| 46. - Wells Fargo - checking acct | | | | | Closed | 07/10/12 | J | | |
| 47. - Merrill Lynch CMA fund | | | | | Distributed (part) | 09/05/12 | P1 | | Transferred to Trust #1 |
| 48. - Smokey Partnership, LLLP,Ltd Ptr (f/k/a Robinson Prop Ltd | | | | | Distributed | 12/31/12 | M | | Transferred to Trust #1 |
| 49. Trust #1 | D | Int./Div. | P2 | W | | | | | |
| 50. - Wells Fargo (f/k/a Wachovia Bank), common stock | | | | | Open | 11/02/12 | K | | |
| 51. - Hubbel, Inc. Class B common stock | | | | | Open | 12/28/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - VF Corporation common stock | | | | | Open | 12/19/12 | M | | |
| 53.  - Laurel Homes, Inc common stock | | | | | Open | 12/31/12 | P1 | | |
| 54.  - Arbor Properties, Inc common stock | | | | | Open | 12/31/12 | N | | |
| 55.  - Laurel Agency, Inc. common stock | | | | | Open | 12/31/12 | J | | |
| 56.  - Laurel Builders, Inc. common stock | | | | | Open | 12/31/12 | O | | |
| 57.  - Schrimsher Exploration, Ltd - Ltd Partner | | | | | Open | 12/31/12 | J | | |
| 58.  -　　　rental property Orlando, FL | | | | | Open | 06/28/12 | M | | |
| 59.  - Smokey Partnership, LLLP,Ltd Ptr (f/k/a Robinson Prop Ltd | | | | | Open | 12/31/12 | M | | |
| 60.  - Fidelity Brokerage: | | | | | Open | 09/05/12 | P1 | | |
| 61.  --Ishares TR Russell 1000 Growth Index Fund | | | | | Buy | 11/20/12 | M | | |
| 62.  --DFA 1 year Fixed Income | | | | | Buy | 10/15/12 | M | | |
| 63.  -- DFA Int'l Small Co. Port | | | | | Buy | 10/15/12 | K | | |
| 64.  --DFA Inv't 2 year Global Fixed | | | | | Buy | 10/15/12 | L | | |
| 65.  --DFA Emerging Markets | | | | | Buy | 10/15/12 | L | | |
| 66.  --DFA Large Cap Int'l | | | | | Buy | 10/15/12 | K | | |
| 67.  --Harbor Capital Apprec | | | | | Buy | 10/15/12 | M | | |
| 68. | | | | | Sold | 11/16/12 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | --Vanguard Explorer | | | | | Buy | 10/15/12 | L | | |
| 70. | --Vanguard Short Term Treasury | | | | | Buy | 10/15/12 | K | | |
| 71. | --Vanguard Inflation Protected | | | | | Buy | 10/15/12 | L | | |
| 72. | --Vanguard Value Index | | | | | Buy | 10/15/12 | L | | |
| 73. | --Vanguard Small Cap | | | | | Buy | 10/15/12 | K | | |
| 74. | --Fidelity Tax-Free MMA | | | | | Buy | 09/05/12 | P1 | | |
| 75. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 2 -          property in Orange County, FL costing $78,891, acquired 4/1/82

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544